1  **VALENTI LAW APC**
2  Matthew D. Valenti, Esq. (SBN 253978)
   E-mail: mattvalenti@valentilawapc.com
3  5252 Balboa Avenue, Suite 700
   San Diego, California 92117
4  Phone: (619) 540-2189
5
6  Attorney for Ahmed Al-kubaisi
7
8
9  UNITED STATES DISTRICT COURT
10 NORTHERN DISTRICT OF CALIFORNIA
11
12 | AHMED AL-KUBAISI,            | CERTIFICATION OF CONFLICTS
13 |         Plaintiff,           | AND INTERESTED PARTIES OR
14 | vs.                          | ENTITIES
15 |                              |
16 | LOWE'S HOME CENTERS, LLC; and|
17 | DOES 1-10,                   |
18 |         Defendants.          |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

DATED: May 31, 2025                                    **VALENTI LAW APC**

                                         By:   */s/ Matthew D. Valenti*
                                                Matthew D. Valenti, Esq.
                                                Attorney of Record for Plaintiff
                                                Ahmed Al-kubaisi

CERTIFICATION OF CONFLICTS AND INTERESTED PARTIES OR ENTITIES - 2